IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy:  Emily Seamon | Date:   April 29, 2013 |
| Court Reporter:    Kara Spitler | |

Civil Action No. 12-cv-00588-RBJ

*Parties*:                                                                                                                      *Counsel*:

LEO J. HARRIS,                                                                                                     Edward LaBarre

     Plaintiff,

v.

DEPUTY PAULA DENT, individually and                                         Jeffrey Driscoll
in her official capacity as a Rio Blanco                                              Jennifer Kemp
County deputy sheriff,
SERGEANT ADAM WADE, individually
and in his official capacity as a Rio Blanco
County deputy sheriff,
UNDERSHERIFF MICHAEL JOOS,
individually and in his official capacity as a
Rio Blanco County undersheriff,
OFFICER JAMES AMICK, individually
and in his official capacity as a Meeker
police officer,
BOARD OF COMMISSIONERS OF RIO
BLANCO COUNTY,
SHERIFF S.I. WOODRUFF, individually
and in his official and supervisory capacity
as Sheriff of Rio Blanco County,
THE RIO BLANCO COUNTY SHERIFF'S
OFFICE, a Colorado governmental entity,
THE TOWN OF MEEKER, a Colorado
governmental entity,
THE MEEKER POLICE DEPARTMENT, a
Colorado governmental entity,
POLICE CHIEF BOB HERVEY,
individually and in his official and
supervisory capacity as police chief of the
Meeker Police Department,

Defendants.

## COURTROOM MINUTES

**ORAL ARGUMENT**

**8:00 a.m.      Court in session.**

Appearances of counsel.

8:01 a.m.       Statement by Ms. Kemp as to which claims against her clients survive and which claims get dismissed.

8:03 a.m.       Response by Mr. LaBarre.

8:07 a.m.       Statement by Mr. Driscoll as to which claims against his clients survive and which claims get dismissed.

8:11 a.m.       Response by Mr. LaBarre.

8:12 a.m.       Further argument by Mr. Driscoll.

8:19 a.m.       Response by Mr. LaBarre.

8:25 a.m.       Rebuttal by Mr. Driscoll.

**8:27 a.m.      Court in recess.**

**8:49 a.m.      Court in session.**

For the reasons and findings as stated on the record, it is;

**ORDERED:** Defendants' Partial Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) & 12(b)(6) [Doc. No. 17, filed September 4, 2012] is GRANTED.

**ORDERED:** County Defendants' Motion to Dismiss [Doc. No. 18, filed September 14, 2012] is GRANTED WITHOUT PREJUDICE, with leave to amend.

**ORDERED:** Plaintiff shall file an amended complaint with respect to the defendants and claims which have survived on or before **May 20, 2013**.

**9:04 a.m.**     **Court in recess.**

Hearing concluded.

Total time:     00:42