IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: April 29, 2013 |
| Court Reporter: Kara Spitler | |

Civil Action No. 12-cv-00588-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| LEO J. HARRIS, | Edward LaBarre |
| Plaintiff, | |
| v. | |
| DEPUTY PAULA DENT, individually and in her official capacity as a Rio Blanco County deputy sheriff, | Jeffrey Driscoll |
| SERGEANT ADAM WADE, individually and in his official capacity as a Rio Blanco County deputy sheriff, | Jennifer Kemp |
| UNDERSHERIFF MICHAEL JOOS, individually and in his official capacity as a Rio Blanco County undersheriff, | |
| OFFICER JAMES AMICK, individually and in his official capacity as a Meeker police officer, | |
| BOARD OF COMMISSIONERS OF RIO BLANCO COUNTY, | |
| SHERIFF S.I. WOODRUFF, individually and in his official and supervisory capacity as Sheriff of Rio Blanco County, | |
| THE RIO BLANCO COUNTY SHERIFF'S OFFICE, a Colorado governmental entity, | |
| THE TOWN OF MEEKER, a Colorado governmental entity, | |
| THE MEEKER POLICE DEPARTMENT, a Colorado governmental entity, | |
| POLICE CHIEF BOB HERVEY, individually and in his official and supervisory capacity as police chief of the Meeker Police Department, | |

Defendants.

# COURTROOM MINUTES

**ORAL ARGUMENT**

**8:00 a.m.      Court in session.**

Appearances of counsel.

8:01 a.m.        Statement by Ms. Kemp as to which claims against her clients survive and which claims get dismissed.

8:03 a.m.        Response by Mr. LaBarre.

8:07 a.m.        Statement by Mr. Driscoll as to which claims against his clients survive and which claims get dismissed.

8:11 a.m.        Response by Mr. LaBarre.

8:12 a.m.        Further argument by Mr. Driscoll.

8:19 a.m.        Response by Mr. LaBarre.

8:25 a.m.        Rebuttal by Mr. Driscoll.

**8:27 a.m.      Court in recess.**

**8:49 a.m.      Court in session.**

For the reasons and findings as stated on the record, it is;

**ORDERED:** Defendants' Partial Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) & 12(b)(6) [Doc. No. 17, filed September 4, 2012] is GRANTED.

**ORDERED:** County Defendants' Motion to Dismiss [Doc. No. 18, filed September 14, 2012] is GRANTED WITHOUT PREJUDICE, with leave to amend.

**ORDERED:** Plaintiff shall file an amended complaint with respect to the defendants and claims which have survived on or before **May 20, 2013**.

**9:04 a.m.      Court in recess.**

Hearing concluded.

Total time:      00:42