IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00588-RBJ

LEO J. HARRIS,

    Plaintiff,

v.

PAULA DENT,
ADAM WADE
MICHAEL JOOS,
JAMES AMICK,
RIO BLANCO COUNTY SHERIFF SI WOODRUFF,
TOWN OF MEEKER POLICE CHIEF BOB HERVEY,
RIO BLANCO COUNTY, COLORADO,
TOWN OF MEEKER, COLORADO,
JOHN DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dismissal (ECF No. 49) and pursuant to Rule 41(a)(2), Fed.R.Civ.P., the Court hereby orders dismissal of this action against all named defendants, with prejudice, with each party to bear their own costs and attorneys' fees.

The Court also ORDERS THAT the pre-trial conference scheduled for April 25, 2014 at 1:00 p.m., and the 5-day jury trial scheduled for May 19-23, 2014 are vacated.

DATED this 8th day of November, 2013.

BY THE COURT:

*Brooke Jackson*
_____

R. Brooke Jackson
United States District Judge